IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02360-RPM

DAVID NETTLES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
GERALD R. WHITMAN,
CARLETTE HARVARD,
MICHAEL NUANES, JR.,
DAMIAN NARANJO, and
ZACHARY PHILLIPS,

    Defendants.
_____

ORDER
_____

    Pursuant to D.C.COLO.LCivR 16.2A, it is

    ORDERED that a scheduling conference will be held on **February 23, 2006, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges   frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in Word or WordPerfect format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov**.

    DATED: January 24th, 2006

                                            BY THE COURT:

                                            s/Richard P. Matsch

Richard P. Matsch, Senior District Judge