IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02360-RPM

DAVID NETTLES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
GERALD R. WHITMAN,
CARLETTE HAVARD,
MICHAEL NUANES, JR.,
DAMIAN NARANJO, and
ZACHARY PHILLIPS,

    Defendants.

_____

### ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

    Upon consideration of the Unopposed Motion for Leave to File Amended Complaint (Doc. #18), filed on January 26, 2006, it is

    ORDERED that the motion is granted and the Amended Complaint and Jury Demand tendered therewith is ordered filed.

    DATED: January 27th, 2006

                                BY THE COURT:

                                s/Richard P. Matsch

                                Richard P. Matsch, Senior District Judge