IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02360-RPM

DAVID NETTLES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
GERALD R. WHITMAN,
CARLETTE HAVARD,
MICHAEL NUANES, JR.,
DAMIAN NARANJO, and
ZACHARY PHILLIPS,

    Defendants.
_____

### ORDER FOR DISMISSAL OF CARLETTE HAVARD
_____

    Upon consideration of the Stipulation for Dismissal with Prejudice (Doc. #20), filed on January 26, 2006, it is

    ORDERED that the complaint and action against Defendant Carlette Havard are dismissed with prejudice, each party to bear its own costs and attorneys fees.

    DATED: January 27th, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch, Senior District Judge