IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02360-RPM

DAVID NETTLES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
GERALD R. WHITMAN,
MICHAEL NUANES, JR.,
DAMIAN NARANJO, and
ZACHARY PHILLIPS,

    Defendants.
_____

## ORDER EXTENDING DEADLINES
_____

Pursuant to the Stipulated and Joint Motion to Amend Scheduling Order and Extend Discovery Cutoff Deadline and Dispositive Motion Deadline (Doc. #42), filed on August 30, 2006, it is

ORDERED that the discovery deadline is extended to October 30, 2006, exclusively for purposes of taking Defendant Naranjo's deposition, and the dispositive motion deadine is extended to November 30, 2006.

DATED: August 31st , 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    Richard P. Matsch, Senior District Judge