IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02360-RPM

DAVID NETTLES,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,
GERALD R. WHITMAN,
MICHAEL NUANES, JR.,
DAMIAN NARANJO, and
ZACHARY PHILLIPS,

     Defendants.
_____

ORDER EXTENDING DEADLINES
_____

Pursuant to the Second Stipulated and Joint Motion to Amend Scheduling Order and Extend Discovery and Dispositive Motion Deadline (Doc. #48), filed on October 9, 2006, it is

ORDERED that the discovery deadline is extended to November 30, 2006, exclusively for purposes of taking Defendant Naranjo's deposition, and the dispositive motion deadine is extended to January 15, 2007.

     DATED: October 10, 2006

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 Richard P. Matsch, Senior District Judge