**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                November 14, 2007
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-02360-RPM

DAVID NETTLES,                                              Michael J. Thomson

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,                                  Thomas G. Bigler
GERALD R. WHITMAN,
MICHAEL NUANES, JR.,                                        Thomas S. Rice
DAMIAN NARANJO and                                          Shaun T. Olson
ZACHARY PHILLIPS,

      Defendants.
_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**1:59 p.m.**     **Court in session.**

Court's preliminary remarks and its summary of case claims and facts.

2:09 p.m.     Argument in opposition by Mr. Thomson [55].
2:24 p.m.     Argument by Mr. Rice.

**ORDERED:**     **Defendants City and County of Denver, Gerald R. Witman, Michael Nuanes, Jr. Damian Naranjo and Zachary Phillips' Motion for Summary Judgment, filed January 16, 2007 [55], is denied.**

2:33 p.m.     Argument in opposition by Mr. Thomson [52].

**ORDERED:**     **Defendants City and County of Denver and Gerald R. Whitman's Motion for Summary Judgment, filed January 12, 2007 [52], is granted.
Defendants City and County of Denver and Gerald R. Whitman are dismissed.**

Counsel state discovery is completed.
Discussion regarding scheduling.

**ORDERED:**     **Pretrial conference scheduled January 18th, 2008 at 2:00 p.m.  Proposed pretrial order shall be submitted directly to chambers in paper by 4:00 p.m. January 10, 2008.**

**2:44 p.m.**     **Court in recess.**          Hearing concluded.  Total time in court: 45 min.