IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02360-RPM

DAVID NETTLES,

    Plaintiff,

v.

MICHAEL NUANES, JR.,
DAMIAN NARANJO, and
ZACHARY PHILLIPS,

    Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    Pursuant to the hearing convened on November 14, 2007, it is

    ORDERED that a pretrial conference is scheduled for **January 18, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on January 10, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    DATED: November 15th, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge