# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02360-RPM

DAVID NETTLES,

       Plaintiff,

v.

MICHAEL NUANES, JR.,
DAMIAN NARANJO, and
ZACHARY PHILLIPS

       Defendants.

## ORDER

       Before me is Defendants' Joint Motion to Vacate the April 21, 2008 Trial Date. The joint motion is GRANTED and the April 21, 2008, trial date and all other deadlines set forth in the Pretrial Order are hereby VACATED.

       Counsel for Defendants Michael Nuanes, Jr. and Zachary Phillips shall submit a status report to the Court and parties no later than April 22, 2008, to apprise the Court of the result of the City Council's action on April 21, 2008.

       Dated this 11th day of April, 2008.

       BY THE COURT:

       s/Richard P. Matsch
       _____
       United States District Court Judge