IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02360-RPM-MEH

DAVID NETTLES,

    Plaintiff,

v.

MICHAEL NUANES, JR.,
DAMIAN NARANJO, and
ZACHARY PHILLIPS,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [93], filed today, it is

    ORDERED that this case is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED: July 17th, 2008

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge